FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

MAY 15 2006

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR158-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| -vs- | ) | |
| | ) | |
| SILAS THORPE, et al. | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Cathy R. Saathoff, as a Criminal Justice Act training panel member, to assist in the defense of SILAS THORPE.

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, Cathy R. Saathoff is hereby assigned to assist Michael D. Nelson, Criminal Justice Act panel attorney, in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Cathy R. Saathoff shall not be eligible to receive compensation for her services in this case.

Michael D. Nelson shall continue to be primary counsel on behalf of the Defendant, SILAS THORPE.

Dated: 5/15/06

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE