IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR158 |
| | ) | |
| v. | ) | |
| | ) | |
| SILAS THORPE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the request of plaintiff that counsel be appointed to represent Julius Harris, a witness in the trial of Silas Thorpe.  Accordingly, IT IS ORDERED that the Federal Public Defender shall appoint Deborah Cunningham to represent Julius Harris, a witness in the above case.

DATED this 6th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court