IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:04CR158
                               )
         v.                    )
                               )
SILAS THORPE,                  )         ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court to schedule trial in this matter. Defendant has filed a written waiver of speedy trial (Filing No. 142). The Court notes that plaintiff has filed a notice of compliance concerning Rule 16 discovery material (Filing No. 150). Accordingly,

IT IS ORDERED that trial of this matter is scheduled for:

**Monday, October 2, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The first available date on the Court's schedule for a trial, which also allows defendant's attorney to be available, is October 2, 2006. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between August 8, 2006, and October 2, 2006,

shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 8th day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court