IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )      8:04CR158
                              )
      v.                      )
                              )
SILAS THORPE,                 )      ORDER
                              )
            Defendant.        )
_____)
```

The Court has been advised defendant wishes to enter a plea. Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Thursday, September 28, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 21st day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court