IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

SILAS THORPE,

                    Defendant.

8:04CR158

ORDER

On November 24, 2015, the defendant appeared through counsel on a Petition for Warrant or Summons for Offender Under Supervision (Filing No. 238).  Defendant was present and represented by Kelly M. Steenbock, Assistant Federal Public Defender.  Plaintiff was represented Matthew R. Molsen, Assistant United States Attorney.   The defendant admitted Allegations Nos. 1,  2,  and 3 contained within the Petition, and the Court found the defendant to be in violation of conditions of his supervised release. The Court then proceeded to disposition.

IT IS ORDERED:

1)  Defendant's supervised release is hereby revoked, and defendant is sentenced to 7 months with credit for time served.

2)  Defendant will continue on release until completion of original term of supervision with special conditions.

3)  The government's motion to dismiss Allegation No. 4 is granted.

DATED this 24th day of November, 2015.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court